UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GRADY R. WILLIAMS, JR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-085 |
| OGEECHEE JUDICIAL CIRCUIT OF EFFINGHAM COUNTY; *et al.*, | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 7, to which only facially frivolous objections (doc. 9) have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA